# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157676

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DARREN ALLEN DUFFINEY,
    Defendant-Appellant.

SC: 157676
COA: 333378
Oakland CC: 2015-255461-FH

_____/

    On order of the Court, the application for leave to appeal the April 3, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018

Clerk

a1217